IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

PENELOPE KEEL, individually, and in her
capacity as Natural Mother, Guardian and
Next Friend of IESHA KEEL, a minor,

    Plaintiffs,

v.                                            Civil Action No. 2:11-cv-00223
                                            Honorable Joseph Goodwin

STONEBRIDGE LIFE INSURANCE
COMPANY, Survivor of J. C. PENNEY
LIFE INSURANCE COMPANY,

    Defendants.

## FINAL DISMISSAL ORDER

On a former date, came the Plaintiff, Penelope Keel, individually, and in her capacity as Natural Mother, Guardian and Next Friend of Iesha Keel, who has now reached the age of majority since the filing of this lawsuit, by her counsel, the Masters Law Firm, LC and Richard A. Monahan; and also came the Defendant, Stonebridge Life Insurance Company, by its counsel, Bailey & Wyant, PLLC, Robert P. Martin and Jordan K. Herrick. Thereupon the parties advised the Court that all matters herein and in controversy between them had been settled and compromised and jointly moved to dismiss this action from the docket of the Court.

The Court perceiving no reason not to grant the relief prayed for, it is hereby **ADJUDGED, ORDERED,** and **DECREED** that this matter be and the same is hereby **ORDERED** dismissed and forever stricken from the active docket of this Court with prejudice abiding the result hereof.

The Clerk is **ORDERED** to send certified copies of this **ORDER** to all counsel of record whose names appear below.

Entered this 25 day of January, 2012.

Honorable Joseph Goodwin

Prepared by:

 /s/ Robert P. Martin
Robert P. Martin (WV Bar #4516)
Jordan K. Herrick (WV Bar #11128)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
P: (304) 345-4222
F: (304) 343-3133
Email: bmartin@baileywyant.com
Email: jherrick@baileywyant.com
Counsel for Defendant


Agreed to by:

 /s/ Richard A. Monahan
Richard A. Monahan
West Virginia State Bar No. 6489
THE MASTERS LAW FIRM LC
181 Summers Street
Charleston, West Virginia 25301
P: (304) 342-3106
F: (304) 342-3189
Email: ram@themasterslawfirm.com
Counsel for Plaintiff